1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11   JAMES ARTHUR HILL,                    1:14-cv-00411-MJS (HC)

12              Petitioner,

13        v.                               ORDER TRANSFERRING CASE TO THE
                                           SACRAMENTO DIVISION OF THE
14   S. FRAUENHEIM, Warden,                EASTERN DISTRICT OF CALIFORNIA

15              Respondent.

16

17

18        Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action

19   pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis

20   pursuant to 28 U.S.C. § 1915.

21        The petitioner is challenging a conviction from Placer County, which is part of the

22   Sacramento Division of the United States District Court for the Eastern District of

23   California. Therefore, the petition should have been filed in the Sacramento Division.

24        Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in

25   the proper court may, on the court's own motion, be transferred to the proper court.

26   Therefore, this action will be transferred to the Sacramento Division. Good cause

27   appearing, IT IS HEREBY ORDERED that:

28        1.   This action is transferred to the United States District Court for the Eastern

                                           1

1   District of California sitting in Sacramento; and

2        2.   All future filings shall reference the new Sacramento case number assigned

3   and shall be filed at:

4
            United States District Court
            Eastern District of California
5            501 "I" Street, Suite 4-200
            Sacramento, CA 95814

6

7        3.   This court has not ruled on petitioner's request to proceed in forma pauperis.

8

9   IT IS SO ORDERED.

10

11   Dated:   __March 26, 2014__          /s/ *Michael J. Seng*

12                                   UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28